JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSIAO & MONTANO, INC., a California corporation, dba ODYSSEY INNOVATIVE DESIGNS,<br><br>     Plaintiff,<br><br>    vs.<br><br>RACK IN THE CASES LIMITED, dba RACK IN THE CASES, a China business entity of unknown form; TAISHAN TULE AUDIO TECHNOLOGY DEVELOPMENT CO., LTD., dbaTULE INTERNATIONAL LIMITED, dba TULE INTERNATIONAL, dba TULE INTERNATIONAL (CHINA) LIMITED, a China business entity of unknown form; ZHANG HUA PING a.k.a. HUA PING ZHANG, an individual; MANAGED SOLUTIONS GROUP INC., a California corporation; AKANOC SOLUTIONS INC., a California corporation; STEVEN CHEN a.k.a. STEVE CHEN, an individual; GODADDY.COM, INC., an Arizona corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants. | CASE NO. CV10-3411DSF (FMOx)<br><br><br>JUDGMENT |

    Defendant GODADDY.COM having been voluntarily dismissed, and the Court having granted in part and denied in part Plaintiff's motion for entry of default judgment against all other Defendants,

- 1 -

IT IS ORDERED AND ADJUDGED that:

1) Defendants, as well as their agents, servants, employees, and all persons in active concert and participation with them who receive notice of the injunction, are restrained from:

a) infringing Plaintiff's registered trademarks "ODYSSEY" Registration No. 2,674,302, "ODYSSEY" Registration No. 2,760,864, and "ODYSSEY INNOVATIVE DESIGNS" Registration No. 2,519,263 (collectively "Odyssey Marks"), either directly or contributorily, in any manner, including, but not limited to manufacturing, importing, distributing, advertising, promoting, selling, offering for sale, and/or facilitating the sale of any merchandise using any of the Odyssey Marks;

b) manufacturing, importing, distributing, advertising, promoting, selling, offering for sale, and/or facilitating the sale of products in connection with any unauthorized promotional, advertising or marketing materials, labels, packaging or containers that picture, reproduce, copy or bear any of the Odyssey Marks;

c) creating, operating, hosting, or otherwise affiliating themselves with any Internet website that uses all or part of any of the Odyssey Marks and does not conspicuously represent that the website is not endorsed or sponsored by Plaintiff; and

d) affixing, applying, annexing, or using in connection with the manufacturing, importing, distributing, advertising, promoting, selling, and/or offering for sale, a false description or representation including words or other symbols, tending to falsely describe or represent any goods as being those of Plaintiff, or otherwise affiliated with Plaintiff.

2) Defendants, jointly and severally, are ordered to pay Plaintiff statutory damages of $2,000,000 pursuant to 15 U.S.C. §1117(c)(2);

3) Defendants, jointly and severally, are ordered to pay Plaintiff's costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920; and

4) Defendants, jointly and severally, are ordered to pay post-judgment interest on this award as calculated under 28 U.S.C. §1961(a).

1

2

3
Dated:        1/20/11

_____
Hon. Dale S. Fischer
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28